**No. 09-7950. Jesse Leon Christian, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2092, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3352.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 53.